UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CAUSE NO. 3:12-CR-130 RM |
| | ) | |
| ROBERT DUFF | ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on January 17, 2013. Accordingly, the court ADOPTS those findings and recommendations [docket # 9], ACCEPTS defendant Robert Duff's plea of guilty, and FINDS the defendant guilty of Count 1 of the Information, in violation of 21 U.S.C. § 856(a)(2).

SO ORDERED.

ENTERED:  February 5, 2013

　　　　　　　　　　　　　　　　/s/ Robert L. Miller, Jr.
　　　　　　　　　　　　　　Judge, United States District Court
　　　　　　　　　　　　　　Northern District of Indiana